**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5: 11-CV-01724  EJD |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STAY** |
| ) | |
| v. ) | **(Re: Docket No. 23)** |
| ) | |
| ONE 2006 CIRRUS SR20 AIRPLANE ) | |
| FAA# N9255, SER. #1651 AND ) | |
| APPROXIMATELY $4,400 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |

On January 10, 2012, parties filed a Joint Case Management Conference Statement requesting the stay of the instant case.

IT IS HEREBY ORDERED that the stay of the case is continued pursuant to 18 U.S.C. § 981(g) until after the resolution of the related criminal prosecution or further order of the court.

IT IS FURTHER ORDERED that the parties shall file joint status updates on March 27, 2012 and every six months thereafter.

IT IS FURTHER ORDERED that the parties shall notify the court when the criminal action is resolved and request a case management conference.

Dated: January 18, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5: 11-CV-01724 EJD
ORDER GRANTING STAY