MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE 2006 CIRRUS SR20 AIRPLANE ) <br> FAA# N9255, SER. #1651 AND ) <br> APPROXIMATELY $4,400 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV 11-01724 EJD <br><br> PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL |

    Plaintiff United States of America, by and through the United States Attorney for the Northern District of California and the undersigned Assistant United States Attorney, files this Request for Voluntary Dismissal of the instant civil forfeiture action pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure as, at this time, it is in the best interest of the United States to voluntarily dismiss the instant forfeiture action, without prejudice.

///

///

///

WHEREFORE, for all of the above-stated reasons, Plaintiff United States of America respectfully requests that this Court dismiss this instant civil forfeiture action without prejudice.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: February 10, 2012

_____
DAVID COUNTRYMAN
Assistant United States Attorney

# [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL

UPON CONSIDERATION of the Request for Voluntary Dismissal, and the entire record, it is by the Court on this __14th__ day of __February__, 2012

ORDERED that the instant case be, and hereby is, dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Clerk shall close this file.

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

PLAINTIFF'S REQUEST FOR VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL
CV 11-01724 EJD